Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000122
22-JUN-2015
10:39 AM

NO. CAAP-15-0000122

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GEORGE K. KAOPUIKI, Plaintiff-Appellant,
v.
CITY AND COUNTY OF HONOLULU, HONOLULU FIRE DEPARTMENT,
Defendant-Appellee,
and
DOE INDIVIDUALS 1-10, DOE ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-1259)

ORDER GRANTING THE MAY 11, 2015 NOTICE OF WITHDRAWAL OF APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of Plaintiff-Appellant George K. Kaopuiki's (Appellant) May 11, 2015 Notice of Withdrawal of Appeal, which the court construes as a motion to dismiss the appeal, the papers in support, the record, and there being no opposition, it appears that (1) the appeal has been docketed; and (2) dismissal is warranted, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the motion to dismiss the appeal is granted and the appeal is dismissed.

DATED: Honolulu, Hawai'i, June 22, 2015.

Presiding Judge

Associate Judge

Associate Judge